UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

2022 JUN 29  AM 10: 33

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | ORDER SETTING HEARING(S) AND ORDER OF TEMPORARY DETENTION PURSUANT TO BAIL REFORM ACT |
| v. | § § § | CASE NO:  5:22-MJ-075-BQ-1 |
| TYLER PATRICK BROWN | § | |

Upon motion of the United States of America, it is ORDERED that the government's request for a three day continuance on its Motion to Detain is **GRANTED**, and that the:

\_\_\_  Detention Hearing

**X**  Preliminary Hearing and Detention Hearing

\_\_\_  Detention Hearing and Arraignment

are set for **Tuesday, July 5, 2022, at 2:00 p.m.** before United States Magistrate Judge D. Gordon Bryant, Jr., 1205 Texas Avenue, 2nd Floor, Room 214, Lubbock, Texas.

Pending the hearing(s), the Defendant shall be held in custody by the United States Marshal and produced for the hearing(s).

**DATED:** June 29, 2022.

D. GORDON BRYANT, JR.
United States Magistrate Judge